UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner, | )<br>)<br>) |
| V. | ) Misc. Civil No. |
| DANIEL DEFILIPPO,<br>　　　　Respondent. | )<br>)<br>)<br>) |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

　　　The United States of America, by its attorney, David B. Fein, United States Attorney for the District of Connecticut, complains as follows:

　　　1.　　　This is a proceeding brought pursuant to the provisions of 26 U.S.C §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons;

　　　2.　　　Marie A. Henry is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 915 Lafayette Boulevard, Room 120, Bridgeport, CT 06604, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R 301.7602-1;

　　　3.　　　Upon information and belief, the respondent, Daniel Defilippo, resides or may be found at 16 Lily Circle, Trumbull, CT. 06611 within the jurisdiction of this Court.

　　　4.　　　Revenue Officer Marie A. Henry is conducting an investigation of the tax liability of Daniel Defilippo for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2007, December 31, 2008, March 31, 1999 and June 30, 2000. See Declaration of Marie A. Henry, attached to this Petition as Exhibit A.

　　　5.　　　Upon information and belief, the respondent, Daniel Defilippo, is in possession and control of testimony and documents that may be relevant to this investigation.

6.  On September 19, 2011, an Internal Revenue Service summons was issued directing the respondent, Daniel Defilippo, to appear before Revenue Officer Marie A. Henry on October 5, 2011 at 10:00 AM at the office of the Internal Revenue Service, 915 Lafayette Boulevard, Room 120, Bridgeport, CT 06604, to testify and produce for examination books, papers, records or other data described in the summons. See Summons, attached as Exhibit B. An attested copy of the summons was served to Daniel Defilippo on September 19, 2011 by Revenue Officer Marie A. Henry by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. See Exhibits A and B.

7.  The respondent failed to appear on October 5, 2011. The respondent's non-compliance with the summons continues to this date. See Exhibit A.

8.  The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9.  All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly prepare a Collection Information Statement.

THEREFORE, the United States requests that:

1.  This Court enter an order directing the respondent, Daniel Defilippo, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2.  This Court enter an order directing the respondent, Daniel Defilippo, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Marie A. Henry or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Marie A. Henry or any other proper officer or employee of the Internal Revenue Service;

3.  The United States recover its costs in this action, and that

4.  The Court grant such other and further relief as is just and proper.

Respectfully submitted,

DAVID B. FEIN
United States Attorney

ALAN MARC SOLOWAY, AUSA
United States Attorneys Office
157 Church Street-23rd Fl.
New Haven, Ct. 06510
(203) 821-3700 FAX: (203) 773-5373
Federal Bar #: ct01581
alan.soloway@usdoj.gov



# Summons

## Collection Information Statement

**In the matter of** DANIEL DEFILIPPO, 16 LILY CIR, TRUMBULL, CT 06611-1611
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 1 (21)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** DANIEL DEFILIPPO
**At:** 16 LILY CIR, TRUMBULL, CT 06611-1611

You are hereby summoned and required to appear before MARIE A HENRY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2011 To 09/16/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

915 LAFAYETTE BLVD ROOM 120, BRIDGEPORT, CT 06604  (203) 384-6828

**Place and time for appearance: At** 915 LAFAYETTE BLVD ROOM 120, BRIDGEPORT, CT 06604

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 5th day of October, 2011 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 19th day of September, 2011

*[signature]*
MARIE A HENRY                                    REVENUE OFFICER
Signature of issuing officer                      Title

_____
Signature of approving officer *(if applicable)*       Title

**Original --** to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 9/19/11

Time: 2:00 PM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Signature: [signed]

Title: [signed]

I certify that the copy of the summons served contained the required certification.

Signature: [signed]

Title: [signed]

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, )
          Petitioner, )
           )
V. ) CIVIL ACTION Misc. No.
           )
DANIEL DEFILIPPO, )
          Respondent. )

## DECLARATION OF REVENUE OFFICER

I, Marie A. Henry, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 915 Lafayette Boulevard, Room 120, Bridgeport, CT 06604. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation for collection of the tax liability of Daniel Defilippo for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2007, December 31, 2008, March 31, 1999 and June 30, 2000.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on September 19, 2011, an administrative summons to Daniel Defilippo to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on September 19, 2011, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Daniel Defilippo, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On October 17, 2011, Daniel Defilippo appeared but failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6.   The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7.   All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.   It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to complete a Collection Information Statement concerning the federal tax liability of Daniel Defilippo for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2007, December 31, 2008, March 31, 1999 and June 30, 2000.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __28th__ day of __November__, 201_1_.

_____
Marie A. Henry
Revenue Officer 1000860213

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,   )
        Petitioner,   )
           )
V.   )   Misc. Civil No.
           )
DANIEL DEFILIPPO,   )
        Respondent.   )

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Marie A. Henry, Revenue Officer of the Internal Revenue Service, and upon the motion of David b. Fein, United States Attorney for the District of Connecticut, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Connecticut presided over by the undersigned on the _____ day of _____, 201\_\_\_, at _____ \_\_M, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 19, 2011. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, including the declaration, be served by the United States Marshal's Service or otherwise in accordance with Rule 4(C)(2) Federal Rules of Civil Procedure upon Daniel Defilippo on or before _____, 201\_\_\_.

It is further

ORDERED that within five days of service of copies of this Order, the petition, exhibits and declaration upon Daniel Defilippo, the respondent shall file and serve a written response to the petition supported by appropriate affidavit as well as any motions the respondent desires to make. All motions and issues raised by the respondent will be considered upon the return date of the Order. Only those issues

raised by motion or brought into controversy by the responsive pleading and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted. It is further,

ORDERED that if the respondent, Daniel Defilippo, has no objections to compliance with the summons issuedhim, he may, at least three (3) business days prior to the hearing scheduled above, notify attorney for the District of Connecticut, of the fact and he will not be required to appear as ordered above.

DATED at _____, Connecticut on this _____ day of _____, 2012.

_____
UNITED STATES MAGISTRATE JUDGE/
UNITED STATES DISTRICT COURT JUDGE